# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-40733
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**

May 19, 2014

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

Plaintiff-Appellee

v.

GREGORY SCOTT COVEY,

Defendant-Appellant

Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 2:12-CR-3-8

Before REAVLEY, JONES, and PRADO, Circuit Judges.

PER CURIAM:*

The attorney appointed to represent Gregory Scott Covey has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Covey has filed a response.

The record is not sufficiently developed to allow us to make a fair evaluation of Covey's claims of ineffective assistance of counsel. *See United*

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

*States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).  Nor is the record sufficiently developed for us to address Covey's contention that his guilty plea was coerced. *See United States v. Corbett*, 742 F.2d 173, 176-78 (5th Cir. 1984).  We therefore decline to consider these claims without prejudice to Covey's right, if any, to seek collateral review.  *See Isgar*, 739 F.3d at 841; *Corbett*, 742 F.2d at 178 n.11.

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as Covey's response.  We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED.  *See* 5TH CIR. R. 42.2.